1084

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. ENLOW, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID L. ENLOW.

Appeal from judgments of the Superior Court for Benton County, No. 02-1-00086-3, Craig J. Matheson, J., entered March 29 and June 12, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21752-3-III. Division Three. January 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE STEPHEN ALBERT ROWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-01172-8, Salvatore F. Cozza, J., entered January 17, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 21816-3-III. Division Three. January 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW MARK NEDEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-8-01292-9, Royce H. Moe, J. Pro Tem., entered January 23, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 21834-1-III. Division Three. January 22, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. LORENE M. DODSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00865-9, Ellen K. Clark, J., entered January 29, 2003. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.